## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

LEGION INS. CO.                            :
    **Plaintiff**


    **v.**                                   : **CIVIL NO.: 3:02cv2103(DJS)**


ANDREA V. KAUFMAN, ET AL          :
    **Defendants**

### ORDER OF DISMISSAL

The case having been reported settled, the Court hereby orders, pursuant to Federal

Rule of Civil Procedure 41(a)(2),  that it be **dismissed without prejudice** to the plaintiff

moving to reopen the case on or before **November 29, 2004**.  If the plaintiff does not move

to reopen the case on or before **November 29, 2004**, the dismissal of this action shall be

**with prejudice**.  This dismissal is without costs to either party.  The Clerk is hereby

directed to **close this case**.

    **IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   28th   day of September, 2004.


    /s/DJS
    Dominic J. Squatrito
    United States District Judge