UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEGION INS. CO. | : | CIVIL ACTION |
| | | NO. 3:03CV2103 (DJS) |
| V. | : | |
| ANDREA V. KAUFMAN, ET AL | : | NOVEMBER 29, 2004 |

## MOTION TO REOPEN

The plaintiff, Legion Insurance Company (In Rehabilitation), hereby respectfully moves the court to reopen the Order of Dismissal entered by the court on September 28, 2004.  In support hereof, the plaintiff represents that this declaratory judgment action, together with the underlying lawsuit giving rise to this declaratory judgment action, has been settled.  However, the plaintiff currently is in rehabilitation/liquidation in the Commonwealth of Pennsylvania in a proceeding entitled <u>M. Diane Koken, Insurance Commissioner, Commonwealth of Pennsylvania v. Legion Insurance Company</u>, Case No. 183 M.D. 2002, and as a result of that Pennsylvania proceeding and the orders entered incident to that proceeding, the plaintiff has been unable to effect execution of the required release.  The release form. which should be approved for use by the court in Pennsylvania, has been forwarded to the appropriate individuals for review.  Once use of that release form is authorized, the parties can execute the release and the instant matter can be dismissed voluntarily.

The parties to this lawsuit as well as the related lawsuits have worked diligently with Judge Garfinkel in an effort to settle these cases.  The delay in finally effecting the

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

settlement has been occasioned by the court proceedings in Pennsylvania, proceedings over which the parties have no control. The undersigned is of the belief that the appropriate release forms can be executed within the next thirty days. Accordingly, it is respectfully requested that the court reopen the order of dismissal for a period of thirty days so as to permit the parties to finalize the settlement agreement.

        THE PLAINTIFF:
        LEGION INSURANCE CO.

By_____
  Daniel P. Scapellati of
  HALLORAN & SAGE LLP
  Fed. Bar #ct 03855
  One Goodwin Square
  225 Asylum Street
  Hartford, CT 06103
  (860) 522-6103

- 2 –

One Goodwin Square            HALLORAN            Phone (860) 522-6103
225 Asylum Street              & SAGE LLP         Fax (860) 548-0006
Hartford, CT 06103                                Juris No. 26105

## **CERTIFICATION**

This is to certify that on this 29th day of November, 2004, I hereby mailed a copy of the foregoing to:

David P. Atkins, Esq.
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, CT 06601-1740

Diane R. Polan, Esq.
129 Church Street, Suite 802
New Haven, CT 06510

Trudie R. Hamilton, Esq.
Carmody & Torrance, LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

Nancy Aldrich, Esq.
Aldrich & Aldrich
830 Post Road East
P.O. Box 5182
Westport, CT 06881-5182

Jamie L. Mills, Esq.
10 Columbus Boulevard, 9th Floor
Hartford, CT 06106

_____
Daniel P. Scapellati

621573

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105