UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LEGION INS. CO.                          :        CIVIL ACTION
                                                  NO. 3:03CV2103 (DJS)
V.                                       :

ANDREA V. KAUFMAN, ET AL                 :        JANUARY 14, 2005

## <u>MOTION TO REOPEN</u>

The plaintiff, Legion Insurance Company (In Rehabilitation), hereby respectfully

moves the court to reopen the Order of Dismissal entered by the court on September

28, 2004. This is the plaintiff's second motion to reopen.  In support hereof, the plaintiff

represents that this declaratory judgment action, together with the underlying lawsuit

giving rise to this declaratory judgment action, has been settled.  However, the plaintiff

currently is in rehabilitation/liquidation in the Commonwealth of Pennsylvania in a

proceeding entitled <u>M. Diane Koken, Insurance Commissioner, Commonwealth of</u>

<u>Pennsylvania v. Legion Insurance Company</u>, Case No. 183 M.D. 2002, and as a result

of that Pennsylvania proceeding and the orders entered incident to that proceeding, the

plaintiff has been unable to effect execution of the required release.  The release form.

which should be approved for use by the court in Pennsylvania, has been forwarded to

the appropriate individuals for review.  Once use of that release form is authorized, the

parties can execute the release and the instant matter can be dismissed voluntarily.

The parties to this lawsuit as well as the related lawsuits have worked diligently

with Judge Garfinkel in an effort to settle these cases.  The delay in finally effecting the

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

settlement has been occasioned by the court proceedings in Pennsylvania, proceedings

over which the parties have no control.  The undersigned is of the belief that the

appropriate release forms can be executed within the next thirty days.  Accordingly, it is

respectfully requested that the court reopen the order of dismissal for an additional

period of thirty days so as to permit the parties to finalize the settlement agreement.

THE PLAINTIFF:
LEGION INSURANCE CO.

By_____
   Daniel P. Scapellati of
   HALLORAN & SAGE LLP
   Fed. Bar #ct 03855
   One Goodwin Square
   225 Asylum Street
   Hartford, CT 06103
   (860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## <u>CERTIFICATION</u>

This is to certify that on this          day of January, 2005, I hereby mailed a copy of the foregoing to:

David P. Atkins, Esq.
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, CT 06601-1740

Diane R. Polan, Esq.
129 Church Street, Suite 802
New Haven, CT 06510

Trudie R. Hamilton, Esq.
Carmody & Torrance, LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

Nancy Aldrich, Esq.
Aldrich & Aldrich
830 Post Road East
P.O. Box 5182
Westport, CT 06881-5182

Jamie L. Mills, Esq.
10 Columbus Boulevard, 9th Floor
Hartford, CT 06106

_____
Daniel P. Scapellati

638948

- 3 –



One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105